No. M–77. MATHEWS v. MIRCOSTA COLLEGE; and

No. M–78. CARLSON v. HYUNDAI MOTOR CO. ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 108, Orig. NEBRASKA v. WYOMING ET AL. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $189,366.40 for the period September 1, 1998, through May 31, 1999, to be paid as follows: 34% by Nebraska, 34% by Wyoming, 5% by Colorado, 24% by the United States, and 3% by Basin Electric Power Cooperative. [For earlier order herein, see, e. g., 525 U. S. 927.]

No. 98–405. RENO, ATTORNEY GENERAL v. BOSSIER PARISH SCHOOL BOARD; and

No. 98–406. PRICE ET AL. v. BOSSIER PARISH SCHOOL BOARD. D. C. D. C. [Probable jurisdiction noted, 525 U. S. 1118.] Cases restored to calendar for reargument. The parties are directed to file supplemental briefs not to exceed 25 pages addressing the following questions: (1) Does the purpose prong of § 5 of the Voting Rights Act of 1965 extend to a discriminatory but nonretrogressive purpose? (2) Assuming, arguendo, that § 5 prohibits the implementation of a districting plan enacted with a discriminatory, nonretrogressive purpose, does the government or the covered jurisdiction bear the burden of proof in this issue?

No. 98–678. LOS ANGELES POLICE DEPARTMENT v. UNITED REPORTING PUBLISHING CORP. C. A. 9th Cir. [Certiorari granted, 525 U. S. 1121.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 98–963. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. v. SHRINK MISSOURI GOVERNMENT PAC ET AL. C. A. 8th Cir. [Certiorari granted, 525 U. S. 1121.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.